DIANE M. MANN
29834 N. CAVE CREEK RD., # 118-274
CAVE CREEK, AZ  85331
(480) 451-3053

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In Re: | ) | CHAPTER 7 |
| | ) | |
| ARATIN, KEITH HOWARD | ) | CASE NO. 10-02090-PHX-CGC |
| | ) | |
| | ) | PETITION TO PAY DIVIDEND |
| | ) | IN AMOUNT LESS THAN $5.00 |
| | ) | TO THE CLERK OF THE |
| | ) | U.S. BANKRUPTCY COURT |
| _____Debtor(s)._____ | ) | |

DIANE M. MANN, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in §347 of the Code.

| CLAIM NO. | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|
| 02 | eCAST Settlement Corporation assignee of HSBC Bank Nevada and its Assigns POB 35480 Newark NJ 07193-5480 | $.57 |
| 03 | Recovery Management Systems Corporation For Capital Recovery II LLC As Assignee of HSBC Bank Nevada National 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $4.58 |
| 04 | Recovery Management Systems Corp For Capital Recovery II LLC CARE CREDIT CARE CREDIT D 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $1.01 |
| 10 | Recovery Management Systems Corp For Rural Metro As Assignee of Rural Metro 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | $.75 |
| 11 | ARROWHEAD HOSPITAL ABRAZO CBO PO BOX 81229 PHOENIX, AZ 85069 | $.23 |

October 21, 2010
DATE

_____/S/_____
DIANE M. MANN, TRUSTEE